# UNITED STATES DISTRICT COURT
## FOR THEMIDDLE DISTRICT OF PENNSYLVANIA

**CEDRIC TYRONE WALKER,** :
                                                    :
    **Plaintiff** :
                                                    :    **No. 1:16-CV-02387**
**vs.** :
                                                    :    **(Judge Rambo)**
**WARDEN DAVID J. EBBERT,** :
**et al.,** :
    **Defendants** :

## ORDER

**AND NOW**, **THIS** 18th day of September, 2017, upon consideration of Defendants' motion to dismiss (Doc. No. 20), and brief in support (Doc. No. 21), and Plaintiff's briefs in opposition (Doc. Nos. 24, 34), and in accordance with the accompanying Memorandum **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. No. 20), is **GRANTED**.

2. Plaintiff's due process claims are **DISMISSED with prejudice**.

3. Plaintiff is granted twenty-one (21) days from the date hereof to file a second amended complaint with regard to his Eighth Amendment claims. Failure to file a second amended complaint will result in the dismissal of this action.

     s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge