GOVERNMENT
EXHIBIT
1

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEDRIC TYRONE WALKER,<br>    Plaintiff<br><br>    v.<br><br>DAVID J. EBBERT, et al.<br>    Defendants. | )<br>)<br>)<br>)   1:16-cv-2387<br>)<br>)<br>) |

### DECLARATION OF JENNIFER KNEPPER

I, Jennifer Knepper, hereby state:

1.   I am currently employed by the Federal Bureau of Prisons ("BOP") as an Attorney Advisor at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I have been employed by the BOP since September 2007.

2.   I certify the documents attached to this declaration:
        a. are true and correct copies of records maintained by the BOP;
        b. were created at or near the time of the occurrence of the matters reflected therein by someone with knowledge; and
        c. were made by the BOP as a regular practice.
    I am a custodian of the documents or am otherwise qualified to execute this certification, pursuant to Fed. R. Evid. 803(6) and 902(11).

3.   Inmate Cedric Walker, federal register number 77071-279, is currently confined at USP Coleman, Florida. Attachment A, Public Information Inmate Data. The allegations in the complaint concern his confinement in the Special Management Unit at USP Lewisburg. On September 11, 2012, Walker was sentenced in the Southern District of Texas to a total term of one-hundred sixty-one (161) months incarceration for Armed Bank Robbery and Brandishing a Firearm in Furtherance of a Crime of Violence in violation of 18 U.S.C. §§ 2113(a) and (d)(2), and 924(c)(1)(A)(ii). His anticipated release date is currently January 26, 2023.

4.   Attached hereto as Attachment B is a true and accurate copy of inmate Walker's chronological disciplinary history. Inmate Walker identifies Incident Report Numbers 2711970, 2712080, 2712189, 2712509, and 2712996 in his complaint. He was sanctioned with a loss of twenty-seven days of good conduct time for each incident.

5.   The BOP has established an administrative remedy procedure through which an inmate may seek formal review of a complaint relating to any aspect of his confinement. 28 C.F.R. § 542.10, et seq. Inmates first informally present their complaint to staff in an attempt to resolve the matter. 28 C.F.R. § 542.13(a). If informal resolution is unsuccessful, the inmate then presents the issue to the Warden within twenty (20)

calendar days of the events giving rise to the complaint. 28 C.F.R. § 542.14. An inmate who is not satisfied with the Warden's response may appeal to the Regional Director within twenty (20) calendar days. 28 C.F.R. § 542.15. If the response of the Regional Director is not satisfactory, the inmate may then appeal to the BOP's Central Office within thirty (30) calendar days. If an inmate reasonably believes the issue on which he is filing is sensitive and his safety of well-being would be placed in danger if the request became known, he may submit his remedy directly to the appropriate Regional Director. 28 U.S.C. § 542.14(d)(1). If the Regional Director finds the remedy is not sensitive, it will be rejected with a notice indicating as such and directing the inmate to file at the institution level. Rejected remedy submissions are generally returned to the inmate and not maintained by the BOP.

6.    The BOP maintains a database of all formal administrative remedy submissions. Each administrative remedy is given an identification number upon submission and the database, among other things, indicates the date it was received, the nature of the complaint, and the institution at which the complaint originated. Each identification number is followed by a letter representing the various administrative levels: F for the institution, R for the Regional Office, and A for the Central Office. The number following the letter indicates the number of times that remedy has been filed at that level.

7.    Since Walker has been designated to the custody of the BOP, he has filed fifty-five (55) administrative remedies. Attachment C is a true and correct copy of Walker's SENTRY computer generated Administrative Remedy Generalized Retrieval.

8.    Walker filed Administrative Remedy 907484-F1 at the institution on June 29, 2017, concerning his alleged placement in restraints for ten days. His remedy was denied on August 7, 2017. Walker appealed to the Regional Office via Remedy 907484-R1 on September 6, 2017. His appeal was denied on September 21, 2017. Walker appealed to the Central Office via Remedy 907484-A1 on October 17, 2017. His filing was rejected on November 3, 2017, for failing to include a copy of his institution filing, and he was given fifteen days to properly resubmit his appeal. Walker filed Remedy 907484-A2 on December 4, 2017. His remedy was denied at the Central Office on January 11, 2018. Attachment D is a true and correct copy of the filings in Remedy 907484.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.


_____                    _2/15/18___
Jennifer Knepper                                    Date
Attorney Advisor
USP Lewisburg


**Exhibit 1, p.2**

```
LEWC6          *        PUBLIC INFORMATION        *     01-0
PAGE 001        *           INMATE DATA           *     14:4
                          AS OF 01-04-2018

REGNO..: 77071-279 NAME: WALKER, CEDRIC TYRONE


                   RESP OF: COP
                   PHONE..: 352-689-6000    FAX: 352-689-6012
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-26-2023                     PAR HEAR DT:
```

GOVERNMENT
EXHIBIT

PENGAD 800-631-6989

Attach. A

```
G0002        MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. A, p.1**

```
   LEWC6          *          PUBLIC INFORMATION          *      01-04-2018
PAGE 002          *             INMATE DATA             *      14:49:25
                            AS OF 01-04-2018

REGNO..: 77071-279 NAME: WALKER, CEDRIC TYRONE

                    RESP OF: COP
                    PHONE..: 352-689-6000   FAX: 352-689-6012
HOME DETENTION ELIGIBILITY DATE: 07-26-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-26-2023 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION..........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER..................: 4:10CR00671-001
JUDGE..........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 09-11-2012
DATE COMMITTED.................: 11-15-2012
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY: YES SERVICES:  NO        AMOUNT:  $23,785.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 551
OFF/CHG: 18:2113(A)&(D)&(2) ARMED BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   77 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 08-26-2010

------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1)(A)(II) BRANDISHING A FIREARM IN FURTHERANCE OF A
         CRIME OF VIOLENCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   84 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 08-26-2010




G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. A, p.2**

```
   LEWC6        *          PUBLIC INFORMATION         *      01-04-2018
PAGE 003 OF 003 *             INMATE DATA             *      14:49:25
                           AS OF 01-04-2018

REGNO..: 77071-279 NAME: WALKER, CEDRIC TYRONE

                      RESP OF: COP
                      PHONE..: 352-689-6000   FAX: 352-689-6012

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-30-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 09-11-2012
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 161 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   13 YEARS     5 MONTHS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 08-26-2010

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    09-02-2010   09-10-2012

TOTAL PRIOR CREDIT TIME.........: 740
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 371
TOTAL GCT EARNED................: 80
STATUTORY RELEASE DATE PROJECTED: 01-26-2023
EXPIRATION FULL TERM DATE.......: 02-01-2024
TIME SERVED.....................:    7 YEARS     4 MONTHS     4 DAYS
PERCENTAGE OF FULL TERM SERVED..: 54.7

PROJECTED SATISFACTION DATE.....: 01-26-2023
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

**Exhibit 1**
**Attach. A, p.3**

```
   LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-
PAGE 001 OF                                                         12:59:
     FUNCTION: L-P SCOPE: REG   EQ 77071-279    OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RD
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      ____      ____               ____           ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____      ____      ____      ____      ____      ____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ _____      ____      ____      ____      ____      ____
RCV FACL.: EQ _____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

GOVERNMENT
EXHIBIT

Attach. C

PENGAD 800-631-6989

Exhibit 1
Attach. C, p.1

```
LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
PAGE 002 OF      *                 FULL SCREEN FORMAT          *     12:59:03


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: MXR
REMEDY ID: 738267-R1        SUB1: 34AM SUB2:       DATE RCV:   06-10-2013
UNT  RCV..:2B           QTR RCV.: Z02-214U     FACL RCV: MCR
UNT  ORG..:2B           QTR ORG.: Z02-214U     FACL ORG: MCR
EVT FACL.: MCR    ACC LEV:                          RESP DUE:
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 06-13-2013  STATUS CODE: REJ STATUS REASON: INS WRL
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 06-13-2013
REMARKS..:




REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: MXR
REMEDY ID: 738543-R1        SUB1: 20DM SUB2:       DATE RCV:   06-12-2013
UNT  RCV..:2B           QTR RCV.: Z02-214U     FACL RCV: MCR
UNT  ORG..:2B           QTR ORG.: Z02-214U     FACL ORG: MCR
EVT FACL.: MCR    ACC LEV: MXR  2                   RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 06-17-2013  STATUS CODE: REJ STATUS REASON: DHO INS
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 06-17-2013
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.2**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 003 OF      *                FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: MCR
   REMEDY ID: 747908-F1        SUB1: 10AM SUB2:       DATE RCV:   08-19-2013
   UNT  RCV..:2B          QTR RCV.: Z04-226U      FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z04-226U      FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV:                          RESP DUE:
   ABSTRACT.: TRANSFER FOR PROTECTIVE REASONS
   STATUS DT: 08-28-2013  STATUS CODE: REJ STATUS REASON: INF ONE RSF
   INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-28-2013
   REMARKS..:



   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: MCR
   REMEDY ID: 747911-F1        SUB1: 10AM SUB2:       DATE RCV:   08-19-2013
   UNT  RCV..:2B          QTR RCV.: Z04-226U      FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z04-226U      FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV:                          RESP DUE:
   ABSTRACT.: TRANSFER FOR PROTECTIVE REASONS
   STATUS DT: 08-28-2013  STATUS CODE: REJ STATUS REASON: INF RSF
   INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-28-2013
   REMARKS..:
```

**Exhibit 1**
**Attach. C, p.3**

```
   LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
   PAGE 004 OF      *              FULL SCREEN FORMAT         *     12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: MCR
   REMEDY ID: 748578-F1       SUB1: 33HM SUB2:      DATE RCV:   09-04-2013
   UNT  RCV..:2B          QTR RCV.: Z04-225U      FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z04-225U      FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV:                        RESP DUE:
   ABSTRACT.: REQUESTS HIS ADMINISTRATIVE REMEDY BE REINSTATED
   STATUS DT: 09-04-2013  STATUS CODE: REJ STATUS REASON: INF RSF
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-04-2013
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: MXR
   REMEDY ID: 738267-R2       SUB1: 34AM SUB2:      DATE RCV:   09-05-2013
   UNT  RCV..:2B          QTR RCV.: Z04-225U      FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z02-214U      FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV:                        RESP DUE:
   ABSTRACT.: UDC APPEAL
   STATUS DT: 09-16-2013  STATUS CODE: REJ STATUS REASON: INS OTH
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-16-2013
   REMARKS..: UDC APPEALS BEGIN AT THE INSTITUTION LEVEL
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.4**

```
   LEWC6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 005 OF        *                 FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: MXR
   REMEDY ID: 738543-R2      SUB1: 20DM SUB2:      DATE RCV:   09-13-2013
   UNT  RCV..:2B          QTR RCV.: Z04-225U    FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z02-214U    FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV: MXR  2                   RESP DUE: TUE  11-12-2013
   ABSTRACT.: DHO APPEAL
   STATUS DT: 10-28-2013   STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2439850   RCT: P EXT: P DATE ENTD: 09-18-2013
   REMARKS..: STAFF NEED ADDITIONAL TIME TO INVESTIGATE




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: MXR
   REMEDY ID: 750224-R1      SUB1: 20DM SUB2:      DATE RCV:   09-13-2013
   UNT  RCV..:2B          QTR RCV.: Z04-225U    FACL RCV: MCR
   UNT  ORG..:2B          QTR ORG.: Z04-225U    FACL ORG: MCR
   EVT FACL.: MCR    ACC LEV:                        RESP DUE:
   ABSTRACT.: DHO APPEAL
   STATUS DT: 09-18-2013  STATUS CODE: REJ STATUS REASON: UTR OTH
   INCRPTNO.: 2402132   RCT:  EXT:   DATE ENTD: 09-18-2013
   REMARKS..: DHO HEARING 1/31/2013, YOUR APPEAL IS UNTIMELY
```

**Exhibit 1**
**Attach. C, p.5**

```
  LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
PAGE 006 OF       *              FULL SCREEN FORMAT          *      12:59:03


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: POL
REMEDY ID: 777694-F1       SUB1: 34AM SUB2:      DATE RCV:   05-01-2014
UNT  RCV..:C          QTR RCV.: C02-225U     FACL RCV: POL
UNT  ORG..:C          QTR ORG.: C02-225U     FACL ORG: POL
EVT FACL.: MCR    ACC LEV:                      RESP DUE:
ABSTRACT.: ALG STAFF VIOLATING PROGRAM STATEMENT
STATUS DT: 05-01-2014  STATUS CODE: REJ STATUS REASON: MSI RSF
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 05-01-2014
REMARKS..: YOU NEED TO BE MORE CLEAR WITH YOUR REQUEST/APPEAL.
           YOU HAVE FIVE DAYS TO RESUBMIT PROPERLY.  NO BP-8
           WAS ATTACHED.


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: BOP
REMEDY ID: 783954-A1       SUB1: 34AM SUB2:      DATE RCV:   05-14-2014
UNT  RCV..:C          QTR RCV.: C02-234U     FACL RCV: POL
UNT  ORG..:C          QTR ORG.: C02-234U     FACL ORG: POL
EVT FACL.: MCR    ACC LEV:                      RESP DUE:
ABSTRACT.: ALLEGES STAFF VIOLATING POLICY/UNPROFESSIONAL
STATUS DT: 06-23-2014  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 06-23-2014
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.6**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
   PAGE 007 OF      *              FULL SCREEN FORMAT              *     12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: POL
   REMEDY ID: 777694-F2       SUB1: 34AM SUB2:      DATE RCV:   10-06-2014
   UNT  RCV..:C         QTR RCV.: Z05-217LAD   FACL RCV: POL
   UNT  ORG..:C         QTR ORG.: C02-225U     FACL ORG: POL
   EVT FACL.: MCR   ACC LEV:                        RESP DUE:
   ABSTRACT.: ALG STAFF VIOLATING PROGRAM STATEMENT
   STATUS DT: 10-06-2014  STATUS CODE: REJ STATUS REASON: UTF OTH
   INCRPTNO.:          RCT:   EXT:  DATE ENTD: 10-06-2014
   REMARKS..: YOUR APPEAL IS UNTIMELY.  NO BP-8 WAS ATTACHED.



   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: SCR
   REMEDY ID: 812603-R1       SUB1: 34ZM SUB2: 26AM DATE RCV:   03-02-2015
   UNT  RCV..:C         QTR RCV.: Z05-220LAD   FACL RCV: POL
   UNT  ORG..:C         QTR ORG.: Z05-220LAD   FACL ORG: POL
   EVT FACL.: POL   ACC LEV:                        RESP DUE:
   ABSTRACT.: RAISES SEVERAL ISSUES
   STATUS DT: 03-02-2015  STATUS CODE: REJ STATUS REASON: MLT WRL FRM OTH
   INCRPTNO.:          RCT:   EXT:  DATE ENTD: 03-04-2015
   REMARKS..: YOU MUST APPEAL TO THE NORTHEAST REGION AT THIS TIME
             YOU RAISE SEVERAL ISSUES. YOU MUST START THE APPEAL
             PROCESS AT THE INSTITUTIONAL LEVEL.
```

**Exhibit 1**
**Attach. C, p.7**

```
   LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
   PAGE 008 OF     *                FULL SCREEN FORMAT            *     12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 860278-A1       SUB1: 20DM SUB2:       DATE RCV:   04-11-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: H03-311U     FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: H03-311U     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                          RESP DUE:
   ABSTRACT.: SHO APPEAL, CODE 203 IR#2812202, 2-4-16 HEARING
   STATUS DT: 04-28-2016  STATUS CODE: REJ STATUS REASON: WRL
   INCRPTNO.:           RCT:   EXT:  DATE ENTD: 04-28-2016
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 858877-R1       SUB1: 28BM SUB2:       DATE RCV:   04-14-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: H03-311U     FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: H03-311U     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                          RESP DUE:
   ABSTRACT.: NO ACCESS TO MENTAL HLTH CARE
   STATUS DT: 04-15-2016  STATUS CODE: REJ STATUS REASON: INS
   INCRPTNO.:           RCT:   EXT:  DATE ENTD: 04-15-2016
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.8**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
   PAGE 009 OF      *               FULL SCREEN FORMAT           *    12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 858882-R1        SUB1: 34ZM SUB2:     DATE RCV:   04-14-2016
   UNT  RCV..:G-BLOCK       QTR RCV.: H03-311U    FACL RCV: LEW
   UNT  ORG..:G-BLOCK       QTR ORG.: H03-311U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: STAFF COMPLAINT
   STATUS DT: 04-15-2016  STATUS CODE: REJ STATUS REASON: INS
   INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-15-2016
   REMARKS..:



   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 859211-R1        SUB1: 34ZM SUB2:     DATE RCV:   04-18-2016
   UNT  RCV..:G-BLOCK       QTR RCV.: H03-311U    FACL RCV: LEW
   UNT  ORG..:G-BLOCK       QTR ORG.: H03-311U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: SUMMARY OF INMATE RIGHTS - NO COMPLAINT OR REMEDY
   STATUS DT: 04-19-2016  STATUS CODE: REJ STATUS REASON: INS
   INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-19-2016
   REMARKS..:



   G0002      MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.9**

```
   LEWC6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 010 OF        *                FULL SCREEN FORMAT           *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                  QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 859211-A1        SUB1: 34ZM SUB2:     DATE RCV:    05-02-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: H03-312U     FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: H03-311U     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                            RESP DUE:
   ABSTRACT.: SUMMARY OF INMATE RIGHTS - NO COMPLAINT OR REMEDY
   STATUS DT: 05-18-2016  STATUS CODE: REJ STATUS REASON: DIR WRL
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-18-2016
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                  QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 858877-A1        SUB1: 28BM SUB2:     DATE RCV:    05-02-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: H03-312U     FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: H03-311U     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                            RESP DUE:
   ABSTRACT.: NO ACCESS TO MENTAL HLTH CARE
   STATUS DT: 05-18-2016  STATUS CODE: REJ STATUS REASON: DIR WRL
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 05-18-2016
   REMARKS..:
```

**Exhibit 1**
**Attach. C, p.10**

```
   LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
   PAGE 011 OF     *              FULL SCREEN FORMAT              *    12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 858882-A1      SUB1: 34ZM SUB2:      DATE RCV:   05-02-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: H03-312U    FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: H03-311U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF COMPLAINT
   STATUS DT: 05-18-2016  STATUS CODE: REJ STATUS REASON: WRL DIR
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-18-2016
   REMARKS..:



   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: LEW
   REMEDY ID: 861565-F1      SUB1: 33ES SUB2:      DATE RCV:   05-09-2016
   UNT  RCV..:G-BLOCK      QTR RCV.: G01-112U    FACL RCV: LEW
   UNT  ORG..:G-BLOCK      QTR ORG.: G01-112U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: PHONE USAGE
   STATUS DT: 05-09-2016  STATUS CODE: REJ STATUS REASON: CON ONE CPG MSI
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-09-2016
   REMARKS..: YOUR REMEDY NEEDS TO SPECIFICALLY STATE THE RELIEF
             OR REQUEST YOU ARE MAKING.
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.11**

```
   LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
PAGE 012 OF      *                FULL SCREEN FORMAT              *    12:59:03


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
REMEDY ID: 862190-R1        SUB1: 20DM SUB2:       DATE RCV:   05-12-2016
UNT  RCV..:D-BLOCK       QTR RCV.: D03-312L    FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D03-312L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-13-2016  STATUS CODE: REJ STATUS REASON: CPG LEG OTH RSR
INCRPTNO.: 2829498   RCT:  EXT:  DATE ENTD: 05-13-2016
REMARKS..: PAGE 3 AND 4 OF THE BP10 YOU COMPLETED ARE NOT
           LEGIBLE.




REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
REMEDY ID: 862191-R1        SUB1: 20DM SUB2:       DATE RCV:   05-12-2016
UNT  RCV..:D-BLOCK       QTR RCV.: D03-312L    FACL RCV: LEW
UNT  ORG..:D-BLOCK       QTR ORG.: D03-312L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-13-2016  STATUS CODE: REJ STATUS REASON: LEG UTR MEM OTH RSR
INCRPTNO.: 2730062   RCT:  EXT:  DATE ENTD: 05-13-2016
REMARKS..: YOUR APPEAL WAS DUE AT THE REGIONAL OFFICE BY
           08-25-2015. IT WAS RECEIVED ON 05-12-2016. ALSO PAGE
           4 OF THE BP10 IS NOT LEGIBLE.












G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.12**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
PAGE 013 OF       *             FULL SCREEN FORMAT            *      12:59:03


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
REMEDY ID: 862903-R1      SUB1: 20DM SUB2:        DATE RCV:   05-17-2016
UNT  RCV..:D-BLOCK      QTR RCV.: D03-312L    FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D03-312L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-19-2016  STATUS CODE: REJ STATUS REASON: CPG UTR MEM OTH RSR
INCRPTNO.: 2712509   RCT:   EXT:   DATE ENTD: 05-19-2016
REMARKS..: YOUR APPEAL WAS DUE AT THE REGIONAL OFFICE BY
             7-22-15. IT WAS RECEIVED ON 5-17-16. ALSO, PAGE 4 OF
             THE BP10 YOU COMPLETED IS NOT LEGIBLE.


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
REMEDY ID: 862190-R2      SUB1: 20DM SUB2:        DATE RCV:   05-27-2016
UNT  RCV..:D-BLOCK      QTR RCV.: D03-313L    FACL RCV: LEW
UNT  ORG..:D-BLOCK      QTR ORG.: D03-312L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-31-2016  STATUS CODE: REJ STATUS REASON: ATT RJA OTH RSR
INCRPTNO.: 2829498   RCT:   EXT:   DATE ENTD: 05-31-2016
REMARKS..: YOUR APPEAL OF THE REJECTION DATED 5-13-16 WAS DUE
             BY 5-23-16 AND RECEIVED ON 5-27-16. THE BP10 DOES
             NOT EXPLAIN WHAT SPECIFICALLY YOU ARE APPEALING.


G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.13**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 014 OF      *                FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 864080-R1        SUB1: 20DM SUB2:       DATE RCV:   05-27-2016
   UNT  RCV..:D-BLOCK        QTR RCV.: D03-313L    FACL RCV: LEW
   UNT  ORG..:D-BLOCK        QTR ORG.: D03-313L    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                           RESP DUE:
   ABSTRACT.: DHO APPEAL
   STATUS DT: 05-31-2016   STATUS CODE: REJ STATUS REASON: UTR MEM OTH RSR
   INCRPTNO.: 2829314   RCT:   EXT:   DATE ENTD: 05-31-2016
   REMARKS..: YOUR APPEAL WAS DUE AT THE REGIONAL OFFICE BY
              5-17-16 AND WAS RECEIVED ON 5-27-16. ALSO YOU DID
              EXPLAIN SPECIFICALLY WHAT YOU ARE APPEALING.


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 859211-R2        SUB1: 34ZM SUB2:       DATE RCV:   06-27-2016
   UNT  RCV..:D-BLOCK        QTR RCV.: D03-314L    FACL RCV: LEW
   UNT  ORG..:G-BLOCK        QTR ORG.: H03-311U    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                           RESP DUE:
   ABSTRACT.: SUMMARY OF INMATE RIGHTS AND STAFF COMPLAINT
   STATUS DT: 06-28-2016  STATUS CODE: REJ STATUS REASON: SEN INS
   INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-28-2016
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.14**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 015 OF       *                FULL SCREEN FORMAT          *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 867243-R1      SUB1: 23ZS SUB2:      DATE RCV:   06-27-2016
   UNT  RCV..:D-BLOCK      QTR RCV.: D03-314L    FACL RCV: LEW
   UNT  ORG..:D-BLOCK      QTR ORG.: D03-314L    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF COMPLAINT - USE OF RESTRAINTS
   STATUS DT: 06-28-2016  STATUS CODE: REJ STATUS REASON: SEN INS
   INCRPTNO.:          RCT:   EXT:   DATE ENTD: 06-28-2016
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 862190-R3      SUB1: 20DM SUB2:      DATE RCV:   07-08-2016
   UNT  RCV..:C-BLOCK      QTR RCV.: C02-208U    FACL RCV: LEW
   UNT  ORG..:D-BLOCK      QTR ORG.: D03-312L    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: DHO APPEAL
   STATUS DT: 07-12-2016  STATUS CODE: REJ STATUS REASON: FRM RJA OTH RSR
   INCRPTNO.: 2829498   RCT:   EXT:   DATE ENTD: 07-12-2016
   REMARKS..: YOUR APPEAL OF THE REJECTION NOTICE DATED 05-13-2016
             WAS DUE BY 05-23-2016. IT WAS RECEIVED ON
             07-08-2016.












   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.15**

```
   LEWC6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 016 OF      *                FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K            QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 873822-R1       SUB1: 34AM SUB2:        DATE RCV:  08-23-2016
   UNT  RCV..:C-BLOCK      QTR RCV.: C02-210L     FACL RCV: LEW
   UNT  ORG..:C-BLOCK      QTR ORG.: C02-210L     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                          RESP DUE:
   ABSTRACT. STAFF COMPLAINT
   STATUS DT: 08-24-2016  STATUS CODE: REJ STATUS REASON: SEN INS
   INCRPTNO.:            RCT:  EXT:   DATE ENTD: 08-24-2016
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K            QTR.: K01-126U   RCV OFC: LEW
   REMEDY ID: 886735-F1        SUB1: 26ZS SUB2:      DATE RCV:  12-22-2016
   UNT  RCV..:C-BLOCK      QTR RCV.: C02-205L     FACL RCV: LEW
   UNT  ORG..:C-BLOCK      QTR ORG.: C02-205L     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV: LEW  1 NER  1 BOP  2   RESP DUE:  WED 01-11-2017
   ABSTRACT.: WANTS MONETARY COMPENSATION FOR ILLNESS
   STATUS DT: 12-28-2016  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-22-2016
   REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
   DATE DUE         DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
   THU 12-29-2016   MED SVC      SB   12-22-2016   INV         12-28-2016












   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.16**

```
   LEWC6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 017 OF       *                FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                    QTR.: K01-126U   RCV OFC: NER
   REMEDY ID: 886735-R1        SUB1: 24AS SUB2: 36GS DATE RCV:   01-09-2017
   UNT  RCV..:C-BLOCK       QTR RCV.: C02-206L      FACL RCV: LEW
   UNT  ORG..:C-BLOCK       QTR ORG.: C02-205L      FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1 BOP  2   RESP DUE:  WED 02-08-2017
   ABSTRACT.: GASTROINTESTINAL ILLNESS/REQ MONETARY COMP
   STATUS DT: 02-07-2017   STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: P EXT:   DATE ENTD: 01-11-2017
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                    QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 886735-A1        SUB1: 24AS SUB2: 36GS DATE RCV:   02-14-2017
   UNT  RCV..:C-BLOCK       QTR RCV.: C02-208L      FACL RCV: LEW
   UNT  ORG..:C-BLOCK       QTR ORG.: C02-205L      FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1 NER  1 BOP  2   RESP DUE:
   ABSTRACT.: GASTROINTESTINAL ILLNESS/REQ MONETARY COMP
   STATUS DT: 03-06-2017   STATUS CODE: REJ STATUS REASON: IRQ RAP RSA
   INCRPTNO.:             RCT:  EXT:   DATE ENTD: 03-06-2017
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.17**

Case 1:16-cv-02387-SHR-EB   Document 62-1   Filed 02/20/18   Page 23 of 40

```
REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K            QTR.: K01-126U   RCV OFC: LEW
REMEDY ID: 891863-F1        SUB1: 20ZS SUB2:       DATE RCV:   02-15-2017
UNT  RCV..:C-BLOCK        QTR RCV.: C02-208L      FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-208L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: WASN'T GIVEN I/R DOCUMENTS.  WANTS EXPUNGED
STATUS DT: 02-15-2017  STATUS CODE: REJ STATUS REASON: INF CPG ONE RSF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-15-2017
REMARKS..:


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K            QTR.: K01-126U   RCV OFC: BOP
REMEDY ID: 886735-A2        SUB1: 24AS SUB2: 36GS DATE RCV:   02-21-2017
UNT  RCV..:C-BLOCK        QTR RCV.: C02-208L      FACL RCV: LEW
UNT  ORG..:C-BLOCK        QTR ORG.: C02-205L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV: LEW  1 NER  1 BOP  2   RESP DUE: SAT 04-22-2017
ABSTRACT.: GASTROINTESTINAL ILLNESS/REQ MONETARY COMP
STATUS DT: 03-21-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-10-2017
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

**Exhibit 1**
**Attach. C, p.18**

```
 LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
PAGE 019 OF      *              FULL SCREEN FORMAT          *     12:59:03


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: BOP
REMEDY ID: 904218-A1      SUB1: 20DM SUB2: 34AM DATE RCV:   05-19-2017
UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U    FACL RCV: COP
UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U    FACL ORG: COP
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: STAFF MISCONDUCT AND DHO APPEAL
STATUS DT: 06-02-2017  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.: 2712080   RCT:   EXT:   DATE ENTD: 06-02-2017
REMARKS..: STAFF MISCONDUCT APPEALS MUST START AT INSTITUTION.
           DHO APPEALS FOR 203 LEVEL APPEALS MUST START AT
           REGIONAL LEVEL.


REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: BOP
REMEDY ID: 904219-A1      SUB1: 20DM SUB2: 34AM DATE RCV:   05-19-2017
UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U    FACL RCV: COP
UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U    FACL ORG: COP
EVT FACL.: LEW    ACC LEV:                    RESP DUE:
ABSTRACT.: STAFF MISCONDUCT AND DHO APPEAL
STATUS DT: 06-02-2017  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.: 2812202   RCT:   EXT:   DATE ENTD: 06-02-2017
REMARKS..: STAFF MISCONDUCT APPEALS MUST START AT INSTITUTION.
           DHO APPEALS FOR 203 LEVEL APPEALS MUST START AT
           REGIONAL LEVEL.




G0002      MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.19**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
   PAGE 020 OF      *               FULL SCREEN FORMAT              *   12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: COP
   REMEDY ID: 904482-F1      SUB1: 33HM SUB2:        DATE RCV:   06-06-2017
   UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U    FACL RCV: COP
   UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U    FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                            RESP DUE:
   ABSTRACT.: RQST U/T MEMO FOR UNTIMELY FILING; MAY-JUNE, 2013
   STATUS DT: 06-06-2017  STATUS CODE: REJ STATUS REASON: UTF OTH
   INCRPTNO.:          RCT:  EXT:  DATE ENTD: 06-06-2017
   REMARKS..: YOU REQUEST U/T MEMO FOR UNTIMELY FILING FROM MAY TO
              JUNE, 2013; HOWEVER, YOU'VE HAD SINCE JUNE OF 2013
              TO REQUEST MEMO.


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: COP
   REMEDY ID: 907484-F1      SUB1: 23DM SUB2: 36GM DATE RCV:   06-29-2017
   UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U    FACL RCV: COP
   UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U    FACL ORG: COP
   EVT FACL.: COP    ACC LEV: COP  1 SER  1 BOP  2  RESP DUE: TUE 08-08-2017
   ABSTRACT.: PLACED IN 4PT RESTRAINTS FOR 10 DAYS; NO FOOD/WATER
   STATUS DT: 08-07-2017  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-30-2017
   REMARKS..:




   G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit 1
Attach. C, p.20

```
   LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 021 OF     *               FULL SCREEN FORMAT            *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 904218-A2      SUB1: 20DM SUB2: 34AM DATE RCV:   07-13-2017
   UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U     FACL RCV: COP
   UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U     FACL ORG: COP
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF MISCONDUCT AND DHO APPEAL
   STATUS DT: 07-21-2017  STATUS CODE: REJ STATUS REASON: RVW WRL OTH
   INCRPTNO.: 2712080   RCT:    EXT:   DATE ENTD: 07-21-2017
   REMARKS..: STAFF MISCONDUCT APPEALS MUST START AT INSTITUTION.
              DHO APPEALS FOR 203 LEVEL APPEALS MUST START AT
              REGIONAL LEVEL.


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 904219-A2      SUB1: 20DM SUB2: 34AM DATE RCV:   07-21-2017
   UNT  RCV..:H CHG UNIT   QTR RCV.: H02-214U     FACL RCV: COP
   UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U     FACL ORG: COP
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF MISCONDUCT AND DHO APPEAL
   STATUS DT: 07-21-2017  STATUS CODE: REJ STATUS REASON: RVW WRL OTH
   INCRPTNO.: 2812202   RCT:    EXT:   DATE ENTD: 07-21-2017
   REMARKS..: STAFF MISCONDUCT APPEALS MUST START AT INSTITUTION.
              DHO APPEALS FOR 203 LEVEL APPEALS MUST START AT
              REGIONAL LEVEL.
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.21**

```
   LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
   PAGE 022 OF      *               FULL SCREEN FORMAT          *     12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: SER
   REMEDY ID: 907484-R1       SUB1: 23DM SUB2: 36GM DATE RCV:   09-06-2017
   UNT  RCV..:J/K         QTR RCV.: K01-126U      FACL RCV: COP
   UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U      FACL ORG: COP
   EVT FACL.: COP    ACC LEV:  COP 1 SER  1 BOP  2  RESP DUE:  FRI 10-06-2017
   ABSTRACT.: PLACED IN 4PT RESTRAINTS FOR 10 DAYS; NO FOOD/WATER
   STATUS DT: 09-21-2017  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT:  DATE ENTD: 09-06-2017
   REMARKS..:




   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: COP
   REMEDY ID: 915546-F1       SUB1: 34AM SUB2:      DATE RCV:   09-15-2017
   UNT  RCV..:J/K         QTR RCV.: K01-126U      FACL RCV: COP
   UNT  ORG..:J/K         QTR ORG.: K01-126U      FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                     RESP DUE:
   ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 7-20-15
   STATUS DT: 09-15-2017  STATUS CODE: REJ STATUS REASON: UTF
   INCRPTNO.:            RCT:  EXT:  DATE ENTD: 09-15-2017
   REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.22**

```
  LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
  PAGE 023 OF      *              FULL SCREEN FORMAT             *      12:59:03


  REGNO: 77071-279 NAME: WALKER, CEDRIC
  RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: COP
  REMEDY ID: 915547-F1        SUB1: 34AM SUB2:        DATE RCV:   09-15-2017
  UNT  RCV..:J/K        QTR RCV.: K01-126U     FACL RCV: COP
  UNT  ORG..:J/K        QTR ORG.: K01-126U     FACL ORG: COP
  EVT FACL.: COP     ACC LEV:                          RESP DUE:
  ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 2-22-16
  STATUS DT: 09-15-2017   STATUS CODE: REJ STATUS REASON: UTF
  INCRPTNO.:             RCT:   EXT:   DATE ENTD: 09-15-2017
  REMARKS..:




  REGNO: 77071-279 NAME: WALKER, CEDRIC
  RSP OF...: COP UNT/LOC/DST: J/K                QTR.: K01-126U   RCV OFC: COP
  REMEDY ID: 915548-F1        SUB1: 34AM SUB2:        DATE RCV:   09-15-2017
  UNT  RCV..:J/K        QTR RCV.: K01-126U     FACL RCV: COP
  UNT  ORG..:J/K        QTR ORG.: K01-126U     FACL ORG: COP
  EVT FACL.: COP     ACC LEV:                          RESP DUE:
  ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 3-22-16
  STATUS DT: 09-15-2017   STATUS CODE: REJ STATUS REASON: UTF
  INCRPTNO.:             RCT:   EXT:   DATE ENTD: 09-15-2017
  REMARKS..:












  G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.23**

```
    LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
    PAGE 024 OF      *              FULL SCREEN FORMAT          *     12:59:03


    REGNO: 77071-279 NAME: WALKER, CEDRIC
    RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: COP
    REMEDY ID: 916901-F1       SUB1: 26IM SUB2: 34ZM DATE RCV:    09-28-2017
    UNT  RCV..:J/K         QTR RCV.: K01-126U     FACL RCV: COP
    UNT  ORG..:J/K         QTR ORG.: K01-126U     FACL ORG: COP
    EVT FACL.: COP    ACC LEV:                       RESP DUE:
    ABSTRACT.: 8 RQST TRANS GLASSES; 9 CLAIMS STAFF VIO 1ST AMEND
    STATUS DT: 09-28-2017  STATUS CODE: REJ STATUS REASON: MSI OTH RSF
    INCRPTNO.:           RCT:  EXT:  DATE ENTD: 09-28-2017
    REMARKS..: YOU CLAIM YOUR EYES ARE SENSITIVE/RQST TRANSITION
               GLASSES IN THE BP8; CLAIM STAFF VIO YOUR 1ST AMEND
               RIGHT IN BP9. ATTEMPT AT INFORMAL MUST MATCH APPEAL.


    REGNO: 77071-279 NAME: WALKER, CEDRIC
    RSP OF...: COP UNT/LOC/DST: J/K              QTR.: K01-126U   RCV OFC: SER
    REMEDY ID: 915548-R1       SUB1: 34AM SUB2:     DATE RCV:   10-03-2017
    UNT  RCV..:J/K         QTR RCV.: K01-126U     FACL RCV: COP
    UNT  ORG..:J/K         QTR ORG.: K01-126U     FACL ORG: COP
    EVT FACL.: COP    ACC LEV:                       RESP DUE:
    ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 3-22-16
    STATUS DT: 10-04-2017  STATUS CODE: REJ STATUS REASON: DIR
    INCRPTNO.:           RCT:  EXT:  DATE ENTD: 10-04-2017
    REMARKS..:
```

**Exhibit 1**
**Attach. C, p.24**

```
   LEWC6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
   PAGE 025 OF        *                FULL SCREEN FORMAT              *      12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                    QTR.: K01-126U   RCV OFC: SER
   REMEDY ID: 915547-R1      SUB1: 34AM SUB2:         DATE RCV:  10-03-2017
   UNT  RCV..:J/K          QTR RCV.: K01-126U      FACL RCV: COP
   UNT  ORG..:J/K          QTR ORG.: K01-126U      FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                              RESP DUE:
   ABSTRACT. STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 2-22-16
   STATUS DT: 10-04-2017  STATUS CODE: REJ STATUS REASON: DIR
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 10-04-2017
   REMARKS..:



   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                    QTR.: K01-126U   RCV OFC: SER
   REMEDY ID: 915546-R1      SUB1: 34AM SUB2:         DATE RCV:  10-03-2017
   UNT  RCV..:J/K          QTR RCV.: K01-126U      FACL RCV: COP
   UNT  ORG..:J/K          QTR ORG.: K01-126U      FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                              RESP DUE:
   ABSTRACT. STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 7-20-15
   STATUS DT: 10-04-2017  STATUS CODE: REJ STATUS REASON: DIR
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 10-04-2017
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.25**

```
    LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-15-2018
  PAGE 026 OF       *               FULL SCREEN FORMAT           *      12:59:03


  REGNO: 77071-279 NAME: WALKER, CEDRIC
  RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: BOP
  REMEDY ID: 907484-A1      SUB1: 23DM SUB2: 36GM DATE RCV:   10-17-2017
  UNT  RCV..:J/K          QTR RCV.: K01-126U     FACL RCV: COP
  UNT  ORG..:H CHG UNIT   QTR ORG.: H02-214U     FACL ORG: COP
  EVT FACL.: COP    ACC LEV:  COP  1 SER  1 BOP  2  RESP DUE:
  ABSTRACT.: PLACED IN 4PT RESTRAINTS FOR 10 DAYS; NO FOOD/WATER
  STATUS DT: 11-03-2017   STATUS CODE: REJ STATUS REASON: IRQ RSA
  INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-03-2017
  REMARKS..:




  REGNO: 77071-279 NAME: WALKER, CEDRIC
  RSP OF...: COP UNT/LOC/DST: J/K                 QTR.: K01-126U   RCV OFC: SER
  REMEDY ID: 916901-R1      SUB1: 26IM SUB2: 34ZM DATE RCV:   10-18-2017
  UNT  RCV..:J/K          QTR RCV.: K01-126U     FACL RCV: COP
  UNT  ORG..:J/K          QTR ORG.: K01-126U     FACL ORG: COP
  EVT FACL.: COP    ACC LEV:                     RESP DUE:
  ABSTRACT.: 8 RQST TRANS GLASSES; 9 CLAIMS STAFF VIO 1ST AMEND
  STATUS DT: 10-26-2017   STATUS CODE: REJ STATUS REASON: DIR
  INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-26-2017
  REMARKS..:




  G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.26**

```
   LEWC6           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-15-2018
   PAGE 027 OF     *            FULL SCREEN FORMAT             *     12:59:03


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                  QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 915547-A1       SUB1: 34AM SUB2:      DATE RCV:   11-06-2017
   UNT  RCV..:J/K         QTR RCV.: K01-126U     FACL RCV: COP
   UNT  ORG..:J/K         QTR ORG.: K01-126U     FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                          RESP DUE:
   ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 2-22-16
   STATUS DT: 11-14-2017  STATUS CODE: REJ STATUS REASON: DIR OTH
   INCRPTNO.:          RCT:    EXT:   DATE ENTD: 11-14-2017
   REMARKS..: IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
              YOUR FAULT, THEN RESUBMIT TO THE LEVEL OF THE
              ORIGINAL REJECTION.


   REGNO: 77071-279 NAME: WALKER, CEDRIC
   RSP OF...: COP UNT/LOC/DST: J/K                  QTR.: K01-126U   RCV OFC: BOP
   REMEDY ID: 915546-A1       SUB1: 34AM SUB2:      DATE RCV:   11-06-2017
   UNT  RCV..:J/K         QTR RCV.: K01-126U     FACL RCV: COP
   UNT  ORG..:J/K         QTR ORG.: K01-126U     FACL ORG: COP
   EVT FACL.: COP    ACC LEV:                          RESP DUE:
   ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 7-20-15
   STATUS DT: 11-14-2017  STATUS CODE: REJ STATUS REASON: DIR OTH
   INCRPTNO.:          RCT:    EXT:   DATE ENTD: 11-14-2017
   REMARKS..: IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
              YOUR FAULT, THEN RESUBMIT TO THE LEVEL OF THE
              ORIGINAL REJECTION.


   G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.27**

```
     LEWC6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
     PAGE 028 OF      *              FULL SCREEN FORMAT           *      12:59:03


     REGNO: 77071-279 NAME: WALKER, CEDRIC
     RSP OF...: COP UNT/LOC/DST: J/K               QTR.: K01-126U   RCV OFC: BOP
     REMEDY ID: 915548-A1      SUB1: 34AM SUB2:      DATE RCV:   11-06-2017
     UNT  RCV..:J/K         QTR RCV.: K01-126U    FACL RCV: COP
     UNT  ORG..:J/K         QTR ORG.: K01-126U    FACL ORG: COP
     EVT FACL.: COP    ACC LEV:                         RESP DUE:
     ABSTRACT.: STAFF VIOLATED 1ST/8TH AMENDMENT RIGHT ON 3-22-16
     STATUS DT: 11-14-2017  STATUS CODE: REJ STATUS REASON: DIR OTH
     INCRPTNO.:         RCT:   EXT:   DATE ENTD: 11-14-2017
     REMARKS..: IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
               YOUR FAULT, THEN RESUBMIT TO THE LEVEL OF THE
               ORIGINAL REJECTION.


     REGNO: 77071-279 NAME: WALKER, CEDRIC
     RSP OF...: COP UNT/LOC/DST: J/K               QTR.: K01-126U   RCV OFC: BOP
     REMEDY ID: 907484-A2      SUB1: 23DM SUB2: 36GM DATE RCV:   12-04-2017
     UNT  RCV..:J/K         QTR RCV.: K01-126U    FACL RCV: COP
     UNT  ORG..:H CHG UNIT  QTR ORG.: H02-214U    FACL ORG: COP
     EVT FACL.: COP    ACC LEV: COP  1 SER  1 BOP  2  RESP DUE: FRI  02-02-2018
     ABSTRACT.: PLACED IN 4PT RESTRAINTS FOR 10 DAYS; NO FOOD/WATER
     STATUS DT: 01-11-2018  STATUS CODE: CLD STATUS REASON: DNY
     INCRPTNO.:         RCT: P EXT: P DATE ENTD: 12-14-2017
     REMARKS..:


     G0002       MORE PAGES TO FOLLOW . . .
```

**Exhibit 1**
**Attach. C, p.28**

```
   LEWC6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-15-2018
PAGE 029 OF 029 *              FULL SCREEN FORMAT             *     12:59:03

REGNO: 77071-279 NAME: WALKER, CEDRIC
RSP OF...: COP UNT/LOC/DST: J/K               QTR.: K01-126U   RCV OFC: BOP
REMEDY ID: 916901-A1      SUB1: 26IM SUB2: 34ZM DATE RCV:   12-05-2017
UNT  RCV..:J/K        QTR RCV.: K01-126U     FACL RCV: COP
UNT  ORG..:J/K        QTR ORG.: K01-126U     FACL ORG: COP
EVT FACL.: COP    ACC LEV:                        RESP DUE:
ABSTRACT.: 8 RQST TRANS GLASSES; 9 CLAIMS STAFF VIO 1ST AMEND
STATUS DT: 12-21-2017  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 12-21-2017
REMARKS..:



                55 REMEDY SUBMISSION(S) SELECTED
   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

**Exhibit 1**
**Attach. C, p.29**

Administrative Remedy No. 907484-A2
Part B - Response



GOVERNMENT
EXHIBIT
Attach. D

This is in response to your Central Office Administrative Remedy
Appeal wherein you claim while housed at USP Lewisburg, you were
placed in four point restraints and did not receive water, food,
medical attention and appropriate toiletries.  For relief, you
request monetary compensation and an investigation.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Pursuant to Program Statement 5566.06, Use of Force and
Application of Restraints, staff are authorized to apply
physical restraints necessary to gain control of an inmate who
appears to be dangerous because the inmate destroys government
property.  A review of the matter indicates you were
appropriately placed in four point restraints on two separate
occasions when you flooded your assigned cell.  You were provided
the opportunity to eat, consume water and use the toilet.  Also,
medical assessments were conducted.  You provide no evidence
staff acted outside the scope of their duties or contrary to
established policy or procedures.

The Administrative Remedy Program does not provide for monetary
relief.  Your request for monetary compensation should be
pursued through the appropriate statutorily mandated procedure
to resolve this issue.  You can obtain the proper forms from
your unit team.

Accordingly, your appeal is denied.


Date _____

Ian Connors, Administrator
National Inmate Appeals

Exhibit 1
Attach. D, p.1

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach- ments must be submitted with this appeal.

| From: | Walker Cedric T. | 77071-279 | K-126 | Coleman USP-1 |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL:** Regional Director's response to my BP-10, is incomplete, irresponsive, and full of inaccurate allegations, and therefore, should revoked with instructions to conduct a comprehensive and impartial investigations to put an end to the abuse perpetrated by BOP employees at USP Lewisburg, and eventually to afford me just compensation for the damages and vexation endured during my imprisonment at the place.

Based upon the foregoing, I respectfully request that this appeal be fully investigated by Bureau of Prisons of the Department of Justice Civil Right Division, and/or any other proper department or entity, thus I may obtain just compensation as provided by law.

Thank you for your attention and time and effort in this matter.

| 10/10/2017 | s/ Cedric T. Walker |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

RECEIVED

OCT 1 7 2017

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
DEC 4 2017
ADMIN REMEDIES C.O.
B

| | |
|---|---|
| DATE | GENERAL COUNSEL |

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: __907484-A1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
                 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

| | |
|---|---|
| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

USP LVN                    PRINTED ON RECYCLED PAPER                    BP–231(13)
APRIL 1982

**Exhibit 1**
**Attach. D, p.2**

**BP-10 Response**

Regional Administrative Remedy Appeal No. 907484-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal received September 6, 2017, in which you request the use of four point restraints be discontinued.   Specifically, you allege you spent ten days in four point restraints while being housed at USP Lewisburg, without proper medical treatment, water, food, or appropriate toiletries.   For relief you request this matter be referred to the Warden of USP Lewisburg and he be ordered to conduct a thorough investigation.

A review of this matter was conducted and the following information was ascertained. While housed at USP Lewisburg you were placed on four point restraints on two separate occasions.   On March 21, 2016, you were placed in four point restrains for flooding your assigned cell while in Ambulatory Restraints.   Documentation reviewed determined you were seen by medical staff every eight hours and provided the opportunity to drink water and use the toilet, which you refused.   You were in this status for approximately a twenty-four hour period and your restraints were removed.

On May 5, 2015 while in Ambulatory Restraints, you were placed in four point restraints for flooding your assigned cell. Based on your ongoing disruptive behavior you remained in this status for a period of seventy-two hours. During this time, Medical assessments were conducted in accordance with policy.   You were provided the opportunity to eat, consume water, and to use the toilet.

The use of restraints is a necessary deterrent to allow inmates who become destructive and/or display signs of eminent violence an opportunity to regain control of their emotions and to protect both staff and the inmate population around them.

Accordingly, your Regional Administrative Remedy Appeal is denied.   If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534.   Your appeal must be received in the Office of General Counsel within 30 calendar days of the date of this response.

9/21/17
Date

Regional Director, SERO

**Exhibit 1**
**Attach. D, p.3**

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

From: <u>Walker Cedrick T.</u>     <u>77071-279</u>     <u>K-126</u>     <u>Coleman USP-1</u>
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A—REASON FOR APPEAL :** Warden's response to my request to put an end to placement of inmates on 4 points restrictions without water, food, medical attemntion, etc., for extended period of times, **while in the SMU Program at Lewisburg,** and for just compenasation, etc. That there was not evidence that I had been endured such a punishment while Coleman USP-1, etc, (see attached BP-9 and response to it) is clearly erroneous and appeas to show a clear disregard for its function to properly investage and resolve the matter according to the law and justice.   As clearly explained in my BP-9, that **"I was making this request directly to him because all my informal attempts to resolve the matter "**while a Lewisburg, PA, <u>Not</u> while at **Coleman USP-1."**

Based upon the foregoing I respectfully requests to remand the case to the respondent warden, with instructions to conduct a true and comprehensive investigation in the matter or, in the alternative, to make a decision for yourself.   Thus I may exhaust the administrative remedy necessary to this clear abuse of power and gross negligence against my person matter for judicial review.

<u>8-29-17</u>　　　　　　　　　　　　　　　　　　　　　*Cedric J. Walker*
DATE　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**



RECEIVED
SEP - 6 2017
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____     _____
　　　　DATE　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE　　　　　　　CASE NUMBER: <u>907484-R1</u>

**Part C—RECEIPT**　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

USP LVN　　DATE　　　　Previous editions not usable　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP–230(13)
APRIL 1982

**Exhibit 1
Attach. D, p.4**

**BP-9 Response**

Institution Response to Administrative Remedy
United States Penitentiary, Coleman - 1
Coleman, Florida

Administrative Remedy Number: 907484-F1          Date Receipted: June 29, 2017

This is in response to your Request for Administrative Remedy 907484-F1, in which you allege staff misconduct. Specifically, you claim staff placed you in four point restraints without food, water, medical attention and access to a shower and toilet. As relief, you request monetary compensation for illegal, retaliatory and unconstitutional actions.

An investigation into this matter was conducted and revealed you arrived at FCC Coleman, USP I on March 14, 2017 and at no time have you been placed in ambulatory and/or four-point restraints at this facility.

Furthermore, in regards to your request for monetary compensation for illegal, retaliatory and unconstitutional actions, monetary compensation cannot be sought through the Administrative Remedy procedures, but may be sought through a tort claim. If you wish to pursue this matter further, you must contact your unit team for a tort claim form. Instructions for completion are described in Program Statement 1320.06, titled <u>Federal Tort Claims Act</u>.

Therefore, your Request for Administrative Remedy is **denied**. If you are dissatisfied with this response, you may appeal by filing a BP-10 to the BUREAU OF PRISONS, SOUTHEAST REGIONAL OFFICE, ATTN: REGIONAL DIRECTOR, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.

R. C. Cheatham, Complex Warden          8-7-17
                                         Date

This response was delivered by my unit team on ___8/9___, 2017.

Inmate Signature          Staff Signature

**Exhibit 1**
**Attach. D, p.5**

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

**"BP–9"**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____ Walker Cedric T. _____    _____ 77071-279 _____   H _____   COP USP-1 _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.     UNIT       INSTITUTION

**Part A– INMATE REQUEST :** This is request to put an end to the placement of inmates on 4 points restrictions without water, food, medical attention, access to shower and toilets for extended period of times (10 days), for sanctions to the staff involved in such cruel and unusual punitive actions, and for monetary compensation due to that illegal, retaliatory and unconstitutional actions. I am making this request directly to you because all informal attempts to resolve this matter have been unsuccessful, while in SMU program and at this Institution. See BP-8 attached.

Thank you for your attention and prompt response to this request.

_____ 6-13-17 _____                Cedric J. Walker
      DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See attached Response

RCVD JUN 29 '17

_____         _____
      DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE             CASE NUMBER: _____ 907484-F1 _____

                                               CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT        INSTITUTION

SUBJECT: _____

_____             _____
      DATE                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                        BP–229(13)
                                                       APRIL 1982

**Exhibit 1
Attach. D, p.6**