# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CEDRIC TYRONE WALKER,** : | |
| Plaintiff : | |
| : | No. 1:16-cv-02387 |
| v. : | |
| : | (Judge Rambo) |
| **WARDEN DAVID J. EBBERT,** : | |
| et al., : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 1st day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 61), is **GRANTED** in favor of Defendants Alama, Beachel, Ebbert, Fasciana, Good, Heim, Hess, Hughes, Mottern, Pigos, and White, and against Plaintiff for failure to exhaust administrative remedies. Judgment is entered in favor of Defendants and against Plaintiff;

2. Plaintiff's motion for default judgment (Doc. No. 72), is **DENIED**;

3. Lt. Jason Seeba is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m);

4. The Clerk of Court is directed to **TERMINATE** C.O. A. Simmons and Dr. Steven Skalka from this action;

5. The Clerk of Court is directed to **CLOSE** this case; and

6. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge